October 6, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

RODNEY UNDERWOOD, Appellant

NO. 14-15-00422-CV            V.

BAYVIEW LOAN SERVICING, LLC, Appellee
_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on January 23, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Rodney Underwood.

We further order this decision certified below for observance.